United States Courts
Southern District of Texas
FILED

MAR 06 2019

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. |
| v. § | |
| § | Count One: 18 U.S.C. § 641 |
| FRED SAMSON, § | |
| Defendant. § | |

CRIMINAL INDICTMENT    19 CR 172

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### Theft of Government Property Greater than $1,000
### (18 U.S.C. § 641)

From in or around July 1995, and continuously through in and around January 2017, within the Southern District of Texas,

**FRED SAMSON,**

defendant herein, did knowingly and willfully steal, purloin, and convert to his own use and the use of another, money of the United States, namely, approximately $18,882 in monthly Social Security benefits directed to S.B., defendant's father, who passed away in June 1995, which funds defendant was not entitled to receive.

In violation of Title 18, United States Code, Section 641.

### COUNT TWO
### Theft of Government Property Greater than $1,000
### (18 U.S.C. § 641)

From in or around January 1996, and continuously through in and around November 2017, within the Southern District of Texas,

**FRED SAMSON,**

defendant herein, did knowingly and willfully steal, purloin, and convert to his own use and the

1

use of another, money of the United States, namely, approximately $72,675 in monthly Social Security benefits directed to K.B, defendant's mother, who passed away in December 1995, which funds defendant was not entitled to receive.

In violation of Title 18, United States Code, Section 641.

## NOTICE OF CRIMINAL FORFEITURE
## (28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to the defendant,

### FRED SAMSON,

that in the event of conviction of the offense charged in this Indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

### Money Judgment and Substitute Assets

The United States may seek imposition of a money judgment against the defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture.

A True Bill:

ORIGINAL SIGNATURE ON FILE
Grand Jury Foreperson

RYAN K. PATRICK
United States Attorney

By: _____
Benjamin C. Sandel
Special Assistant United States Attorney

2